STRAFFORD NATIONAL BANK *v.* DOVER.

The surplus fund which a national bank is required to reserve from its net profits is not excluded in the valuation of its shares for taxation.

PETITION, for abatement of a tax.

*Hobbs*, for the plaintiffs.

*Hall*, for the defendants.

DOE, C. J.   The surplus fund which a national bank is required, by U. S. Gen. St., s. 5199, to reserve from its net profits, is not excluded in the valuation of its shares for taxation.   *F. N. Bank* v. *Peter-,borough*, 56 N. H. 38 ; *N. Bank* v. *Com.*, 9 Wall. 353 ; *People* v. *Com'rs*, 67 N. Y. 516 ; S. C., 94 U. S. 415.

*Petition denied.*

FOSTER, J., did not sit.